FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

October 4, 2021

No. 04-21-00194-CR

Chance **WATSON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 7426
Honorable Kirsten Cohoon, Judge Presiding

# O R D E R

The current deadline for court reporter Sandra Randle Jackson to file her volumes of the reporter's record is September 30, 2021. On September 29, 2021, Ms. Jackson requested an extension of time to file the record until October 14, 2021. After consideration, we **GRANT** Ms. Jackson's request and **ORDER** her file to file her volumes of the reporter's record **by October 14, 2021**.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of October, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court